UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| ANJELA M. CATLETT | ) | Case No. |
| | ) | |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |
| | ) | Hearing Location: |

## CHAPTER 13 PLAN

**PAYMENTS. Debtor is to pay to the Chapter 13 Trustee the sum of the following amounts: (complete one of the following payment options)**

   **$225.00** per month for **Forty-Eight (48)** months.

In addition, Debtor shall pay to the Trustee, and the plan base shall be increased by the following:

(1) Tax Refund. Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit and Additional Child Tax Credit (Line 65 of Form 1040 or Line 39 of Form 1040A), each year. (2) Employee Bonuses. Debtor shall send fifty percent of any employee bonus or other distribution paid or payable to Debtor during the term of the plan. (3) Additional Lump Sums. Debtor shall send additional lump sums(s) consisting of _____, if any, to be paid to the Trustee.

**DISBURSEMENTS. Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors. All disbursements by the Trustee to be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 5 and fees in paragraph 6, those funds shall be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:**

1. **Trustee and Court Fees.** Pay Trustee a percentage fee as allowed by law and pay filing fees if the Court enters an order providing for filing fees to be paid in the Chapter 13 plan.

(L.F. 13 Rev. 10/2014)

1

2. **Executory Contract/Lease Arrearages**. Trustee to cure pre-petition arrearage on any executory contract accepted in paragraphs 3(A or B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
|---|---|---|
| None | | |

3. Pay sub-paragraphs concurrently:

(A) **Post-petition real property lease payments.** Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| None | | |

(B) **Post-petition personal property lease payments**. Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
|---|---|---|
| None | | |

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate  other than Debtor's residence )** Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph ___ below.

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|
| None | |

(D) **Post-petition mortgage payments on Debtor's residence.** Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence to be at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR/TRUSTEE |
|---|---|---|
| **CitiMortgage, Inc.** | **$587.47** | **Debtor** |

(E) **DSO Claims in equal installments.** Pay any pre-petition domestic support obligation arrears (not provided for elsewhere in this plan) in full in equal monthly installments over the life of the plan, estimated as:

| CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
|---|---|---|
| None | | |

4. **Attorney Fees**. Pay Debtor's attorney **$1,845.00** in equal monthly payments over **48** months. Any additional fees allowed by the Court shall be paid pursuant to paragraph 6 below. [See the Local Rules for limitations on use of this paragraph]

(L.F. 13 Rev. 10/2014)

2

5. Pay sub-paragraphs concurrently:

(A) **Pre-petition arrears on secured claims paid in paragraph 3**. Pay pre-petition arrearage on debts paid under paragraphs 3 (C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| CitiMortgage, Inc. | $5,435.76 | 47 Months | 4.75% |

(B) **Secured claims to be paid in full.** The following claims shall be paid in full in equal monthly payments over the period set forth below with **4.75%** interest.

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| None | | | |

(C) **Secured claims subject to modification.** Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with **4.75%** interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 9 (A), estimated as set forth below:

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| None | | | | |

(D) **Co-debtor guaranteed debt paid in equal monthly installments**. The following co-debtor guaranteed claims(s) to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in equal monthly installments over the period set forth below and with interest as identified below.

| CREDITOR | EST BALANCE | TRUSTEE/CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|
| None | | | | 4.75% |

(E) Pay any post-petition fees and costs as identified in a notice filed per Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

6. Pay **$2,000.00** of debtor's attorney's fees and any additional attorney fees allowed by the Court .

7. Pay sub-paragraphs concurrently:

(A) **Unsecured Co-debtor guaranteed claims**. The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below. If paid by Trustee, pay claim in full with interest rate as identified below.

| CREDITOR NAME | EST TOTAL DUE | TRUSTEE/CO-DEBTOR | INTEREST RATE |
|---|---|---|---|
| None | | | |

(L.F. 13 Rev. 10/2014)

(B) **Assigned DSO Claims**. Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, to be paid a fixed amount with the balance to be owed by the Debtor(s) after completion of the Plan, pursuant to § § 507(a)(1)(B) and 1322(a)(4). Regular payments that become due after filing shall be paid **directly** by Debtor(s).

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|
| None | | |

(100% or lesser dollar amount enumerated here)

8. **Priority Claims.** Pay the following priority claims allowed under 11U.S.C. section 507 in full, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE |
|---|---|
| None | |

9. Pay the following sub-paragraphs concurrently:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: **$65,856.90**. Amount required to be paid to non-priority unsecured creditors as determined by 1325(a)(4) hypothetical Chapter 7 liquidation calculation: **$0.00**. Amount required to be paid to non-priority unsecured creditors as determined by 1325(b) calculation: **$0.00**. Debtor guarantees a minimum of **$0.00** (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B) **Surrender of Collateral**. Debtor proposes to surrender the following collateral to the following creditor(s) with any deficiency paid as non-priority unsecured debt:

| CREDITOR | COLLATERAL |
|---|---|
| None | |

(C) **Rejected Executory Contracts/Leases.** Debtor rejects the following executory contract(s) with the following creditor(s). Any balance to be paid as non-priority unsecured debt.:

| CREDITOR | CONTRACT/LEASE |
|---|---|
| None | |

10. Other:   **None**

11. All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under section 1328. However, the Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the Court enters an order granting the Debtor's request to avoid the liens.

12. Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such Claimant.

(L.F. 13 Rev. 10/2014)

4

13. Title to Debtor's property to re-vest in Debtor upon confirmation. Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily. Within fourteen days of filing federal and state income tax returns, Debtor shall provide a copy of each return to the Chapter 13 Trustee.

14. Any post-petition claims filed and allowed under 11 U.S.C. section 1305 may be paid through the plan.

CREDITOR'S NOTICE: YOU MUST FILE A CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED HEREIN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM. IN COMPLIANCE WITH ORDER OF THE COURT, ABSENT A SPECIFIC ORDER OF THE COURT TO THE CONTRARY, THE CHAPTER 13 TRUSTEE, RATHER THAN THE DEBTOR, WILL MAKE ALL PRE-CONFIRMATION DISBURSEMENTS PURSUANT TO SECTION 1326(a). ALL CREDITORS ENTITLED TO PRE-CONFIRMATION DISBURSEMENTS, INCLUDING LEASE CREDITORS, MUST FILE A PROOF OF CLAIM TO BE ENTITLED TO RECEIVE SUCH PAYMENTS FROM THE CHAPTER 13 TRUSTEE. PURSUANT TO LOCAL RULE, THE PROOF OF CLAIM SHALL CONTROL THE VALUATION OF COLLATERAL AND ANY VALUATION STATED IN THE PLAN SHALL NOT BE BINDING ON THE CREDITOR. THE TRUSTEE, IN HIS SOLE DISCRETION, MAY DETERMINE TO RESERVE FUNDS FOR PAYMENT TO ANY CREDITOR SECURED BY A MORTGAGE ON REAL ESTATE PENDING FILING OF A CLAIM.

DATE 03/24/2015            DEBTOR:  s/Anjela M. Catlett
                                    ANJELA M. CATLETT

(L.F. 13 Rev. 10/2014)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| ANJELA M. CATLETT | ) | Case No. |
| | ) | Chapter 13 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the Chapter 13 Plan was mailed or electronically filed to all parties in interest at the addresses set forth, by first class mail on the 24th day of March, 2015.

Respectfully submitted,

/s/Frank J. Elpers
FRANK J. ELPERS, Attorney for Debtor
E.D.Mo#29972MO, MoBar #29972
ELPERS & NGUYEN, P.C.
748 Center Drive
P.O. Box 404
Ste. Genevieve, MO 63670
(573) 883-5000
(573) 883-3536 (FAX)
elpers_nguyen@ldd.net

John V. LaBarge
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

Account Resolution Corp
17600 Chesterfield Airport Rd
Ste. 201
Chesterfield, MO 63005-1246

Account Resolution Corp.
700 Goddard Ave.
Chesterfield, MO 63005-1100

Ad Astra Recovery Services
3611 N. Ridge Rd #104
Wichita, KS 67205-1214

Office of the US Trustee
Thomas Eagleton Federal Building
111 South 10th St., Suite 6.353
St. Louis, MO 63102

ADT Corp
PO Box 371878
Pittsburgh, PA 15250

Advance America
2015 Jefferson Ste. 10
Perryville, MO 63775

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Berland Imaging
774 N. New Ballas Rd
Saint Louis, MO 63141

C-Barn
PO Box 111
Farmington, MO 63640

Chris S. Catlett
347 Academy St.
Sainte Genevieve, MO 63670

Citi Mortgage, Inc
PO Box 10002
Hagerstown, MD 21747-0002

DePaul Hospital
PO Box 503913
Saint Louis, MO 63150

Diagnostic Imaging
774 New Ballas Rd
Saint Louis, MO 63141

First Bank
710 Parkwood Drive
Sainte Genevieve, MO 63670

First Credit
PO Box 9300
Boulder, CO 80301-9300

FirstSource Advantage, LLC
7650 Magna Drive
Belleville, IL 62223-3366

GLCAC101/SGCMH
PO Box 1022
Wixom, MI 48393

Mercy Hospital Jefferson
PO Box 504856
Saint Louis, MO 63150

Millsap & Singer, PC
612 Spirit Drive
Chesterfield, MO 63005

Oberle Meats
21529 Hwy 32
Sainte Genevieve, MO 63670

OneMain Financial
6801 Colwell Blvd
C/S Care Dept
Irving, TX 75039-3198

OneMain Financial
Bankruptcy Dept.
PO Box 140489
Irving, TX 75014-0489

Parkland Health Center
1280 Doctors Dr.
Farmington, MO 63640

Payliance
3 Easton Oval, Ste 210
Columbus, OH 43219-6011

QC Financial Services
PO Box 26187
Overland Park, KS 66225

SGMH Physician's Central Billing
PO Box 366
Sainte Genevieve, MO 63670

Shell/CitiBank
PO Box 6497
Sioux Falls, SD 57117-6497

Shop N Save
1275 N. Truman Blvd
Festus, MO 63028

Smith Imaging, Inc
PO Box 798266
Saint Louis, MO 63179-8002

Speedy Cash
3527 N. Ridge Rd.
Wichita, KS 67205

SST/CIGPFI Corp #1669
4315 Pickett Rd
Saint Joseph, MO 64503

Ste. Gen. Co. Memorial Hosp.
PO Box 468
800 Ste. Genevieve Drive
Sainte Genevieve, MO 63670-0468

Sun Loan
800 S. Truman Blvd.
Festus, MO 63028-3713

Supervalue, Inc
250 Park Center Blvd
PO Box 20
Boise, ID 83726

US Postal Service
135 Merchant St.
Sainte Genevieve, MO 63670

s/Frank J. Elpers
FRANK J. ELPERS
Attorney for Debtors